GRAY *v.* SOMMER, JUDGE, MONTGOMERY CRIMINAL COURT.
[No. 0-492. Filed September 30, 1957.]

*Roscoe H. Gray, pro se.*

PER CURIAM—This is a petition for a Writ of Mandate. It must be denied for failure to prosecute the action by the proper party and for failure to comply by furnishing certified copies of the proceedings upon which the petition is based, as required by Rule 2-35 of this court.

Petition denied.

NOTE.—Reported in 145 N. E. 2d 13.

STATE EX REL. WRIGHT *v.* PRESIDING JUDGE OF MORGAN COUNTY CIRCUIT COURT.
[No. 0-489. Filed October 25, 1957.]

*Robert Wright, pro se.*

PER CURIAM—Petitioner asks for a writ of mandate to require the respondent to hear his petition for writ of error *coram nobis* filed by him in the Morgan Circuit Court.

It is now shown to this court that said petition has been dismissed by respondent under §9-3302, Burns' 1956 Replacement for the reason that the subject matter of the petition has been or might have been adjudicated in a prior proceedings for writ or error *coram nobis.* Therefore, the subject matter of the petition before us is now moot.

Petition dismissed.

NOTE.—Reported in 145 N. E. 2d 432.